IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK TACKETT**                                                                         **PLAINTIFF**

V.                                    **4:24CV00496 JM**

**UNITED STATES POSTAL SERVICE,**
**LOUIS DEJOY, POSTMASTER**                                              **DEFENDANT**

## ORDER

Pending is Defendant's motion to extend the motion deadline and the Plaintiff's motion for reconsideration of the Court's denial of his motion to compel.

Plaintiff's motion to reconsider (Dkt. No. 24) is DENIED. If Plaintiff has specific interrogatories or requests for production for the Court to review, he must file a motion to compel including the interrogatories and requests, Defendant's responses, and Plaintiff's legal argument as to why Defendant's specific responses are inadequate.

Defendant's motion to extend the filing deadline for summary judgment motions (Dkt. No. 25) is GRANTED IN PART and DENIED IN PART. The deadline to file motions for summary judgment is extended until January 23, 2026

IT IS SO ORDERED this 5th day of January, 2026.

_____
James M. Moody Jr.
United States District Judge